UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**LANCE GARDENHIRE, on behalf of himself and all others similarly situated,**

    **Plaintiff,**

v.                                            Case No.: 3:20-cv-189-J-39JRK

**UNIFORM-T, INC.,**

    **Defendant.**

_____/

## ORDER OF DISMISSAL

This matter is before the Court on the Notice of Voluntary Dismissal With Prejudice (Doc. 4; Notice) filed by Plaintiff on March 16, 2020. In the Notice, Plaintiff dismisses the above entitled action against Defendant with prejudice pursuant to Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure. See Notice at 1. Upon review of the docket, the Court notes that Defendant has neither served an answer nor a motion for summary judgment.

Accordingly, it is hereby

**ORDERED**:

1.    This case is **DISMISSED with prejudice.**

2.    The Clerk of the Court is directed to close the file.

**DONE** and **ORDERED** in Jacksonville, Florida this 17th day of March, 2020.

BRIAN J. DAVIS
United States District Judge

**Copies to:**

Counsel of Record
*ap*